**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JUAN JOEL GARCIA,

    Applicant,

v.                                                                          No. CV 08-0881 BB/KBM

STATE OF NEW MEXICO, et al.,

    Respondents.

ORDER TO CURE DEFICIENCY

    Applicant submitted an application for writ of habeas corpus.  The Court determines that the documents are deficient as described in this order.  Applicant is directed to cure the following if he wishes to pursue his claims:

**I. Filing Fee**.

    _X_  No filing fee ($5.00 habeas corpus) has been received.

**II. Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to § 1915:**

(1)    _X_    is not filed
(2)    ___    is missing affidavit
(3)    ___    is missing required financial information
(4)    ___    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(5)    ___    is missing an original signature by the prisoner
(6)    ___    names in caption do not match names in caption of complaint, petition or habeas application
(7)    ___    An original and a copy have not been received by the Court.  Only an original has been received.
(8)    ___    other _____

**III. Petition or Application**:

(1)    ___    is missing
(2)    ___    is not on proper form (must use our form Rev. 5/96)
(3)    ___    is missing an original signature by the prisoner
(4)    ___    is missing page nos. ___
(5)    ___    uses et al. instead of listing all defendants/respondents

(6) \_\_ An original and a copy have not been received by the Court. Only an original has been received.
(7) \_\_ Sufficient copies to serve each defendant/respondent have not been received by the Court.
(8) \_\_ names in caption do not match names in text
(9) \_\_ other _____

IT IS THEREFORE ORDERED that Applicant cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers which Applicant files in response to this order must include the civil action number (CV 08-0881 BB/KBM) of this case.

IT IS FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this order, the following forms: 2 copies of a Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

IT IS FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies within thirty (30) days from the date of this order, this action may be dismissed without prejudice without further notice.

_____
UNITED STATES MAGISTRATE JUDGE