IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 21 2009

MATTHEW J. DYKMAN
CLERK

JUAN JOEL GARCIA,

    Petitioner - Appellant

vs.

No. CIV 08-0881 BB/KBM

TIMOTHY HATCH, WARDEN, ET AL.,

    Respondent - Appellee

## NOTICE OF APPEAL

Notice is hereby given that Petitioner-Appellant, Juan Joel Garcia, pro se, in the above case, appeals to the United States Court of Appeals for the Tenth Circuit from the Final Order entered in this action on the 28th day of April, 2009 denying the Petition for Writ of Habeas Corpus and dismissing the action with prejudice.

DATED: May 19, 2009

Respectfully Submitted

*Juan Joel Garcia*

JUAN JOEL GARCIA #59364
GUADALUPE COUNTY CORRECTIONAL FACILITY
P.O. Box 520    H2B-104
SANTA ROSA, NEW MEXICO 88435-0520

CERTIFICATE:

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING NOTICE OF APPEAL WAS MAILED, POSTAGE PREPAID, TO:

OFFICE OF THE ATTORNEY GENERAL
P.O. DRAWER 1508
SANTA FE, NEW MEXICO 87501

ON THIS 19TH DAY OF MAY, 2009.

_Juan Joel Garcia_
JUAN JOEL GARCIA, PRO SE

_Yolanda T. Rivera_
Notary

June 19, 2011
Commission Expires

May 19, 2009
Date

[Notary Seal: YOLANDA T. RIVERA, NOTARY PUBLIC, STATE OF NEW MEXICO]

LEGAL

JUAN GARCIA #59364
GUADALUPE COUNTY CORRECTIONAL FACILITY
H2-B-104
P.O. BOX 520
SANTA ROSA, NEW MEXICO 88435

RECEIVED
At Albuquerque, NM
MAY 21 2009
MATTHEW J. DYKMAN
CLERK

Office of Clerk
United States District Court
District of New Mexico
333 Lomas Blvd., NW
Suite 270
Albuquerque, New Mexico 87102



Hasler

01GH26521983
Mailed From 88435
05/20/2009
$00.610
US POSTAGE

LEGAL